IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURN KEY ASSET, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LOLRAR GARCIA, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-02187 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING IFP AND MOTION TO REMAND |

The Court has reviewed Magistrate Judge Grewal's Report and Recommendation Re Defendants' IFP Applications and Plaintiff's Motion to Remand. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Defendants' IFP Applications are DENIED, and the Plaintiff's Motion to Remand is GRANTED.  It is hereby ordered that this case is remanded to the Santa Clara County Superior Court.

Dated: 6/21/2013

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; PSG